IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSTY DICKERSON                                                        PLAINTIFF

            v.                      Civil No. 05-4004

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

On this 21st day of August, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Padgham, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,812.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                   /s/ Bobby E. Shepherd
                                                             HONORABLE BOBBY E. SHEPHERD
                                                             UNITED STATES MAGISTRATE JUDGE